**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

O'CONNOR & O'CONNOR, LLC,

      **Plaintiff,**

v.                                                                  **Case No:   6:13-cv-1389-Orl-31GJK**

LIBERTY MUTUAL INSURANCE
COMPANY,

      **Defendant.**

### ORDER

This matter comes before the Court sua sponte. On April 29, 2014, Plaintiff O'Connor & O'Connor, LLC, filed its notice of taking deposition of Michael Gruenewald. (Doc. 29). This district prohibits litigants from filing discovery material with the courts unless that material is "necessary to the presentation or defense of a motion," or otherwise required. Middle District Discovery (2001) at 1-2;1 *see also* FED. R. CIV. P. 5(d)(1); M.D. FLA. R. 3.03. Accordingly, docket entry 29 is **STRICKEN**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on April 30, 2014.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party